Commonwealth ex rel. Richardson, Appellant, *v.*
Myers.

Submitted December 13, 1965.
*William Penn Richardson,* appellant, in propria persona; *Thomas A. Pitt, Jr.,* Assistant District Attorney, and *A. Alfred Delduco,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Ritchey, Appellant, *v.*
Maroney.

Submitted December 13, 1965.
*William C. Ritchey,* appellant, in propria persona; *John A. Harris,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Robbins, Appellant, *v.*
Myers.

Submitted December 13, 1965. *Rufus Robbins,* appellant, in propria persona; *Ronald M. McCaskill* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
Order affirmed.